IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JONES, et al.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**COUNTY OF TULARE, CALIFORNIA, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 1:17-CV-01260-SKO<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DATES AND VACATING MOTION FOR SUMMARY JUDGMENT HEARING DATE** |

　　　On October 15, 2018, Defendants filed a Motion for Summary Judgment and noticed the motion for hearing on December 5, 2018, at 9:30 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. (Doc. 16.) Also on October 15, 2018, Plaintiffs filed a Motion to Amend the Complaint ("Motion to Amend"), which was also noticed for hearing on December 5, 2018. (Doc. 17.)

　　　On October 18, 2018, the Court held a telephonic conference to discuss the parties' recent filings. William Romaine, Esq., appeared on behalf of Plaintiffs, and Amy Myers, Esq., appeared on behalf of Defendants. To allow for a ruling on the Motion to Amend before the Motion for

Summary Judgment and as discussed with the parties, the Court CONTINUES the trial date and remaining pretrial dates as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline for Amendment of Pleadings | N/A | October 19, 2018 |
| Defendants' deadline to oppose Plaintiffs' Motion to Amend the Complaint | N/A | November 12, 2018 |
| Plaintiffs' deadline to reply to Defendants' opposition to the Motion to Amend the Complaint | N/A | November 19, 2018 |
| Hearing on Plaintiffs' Motion to Amend the Complaint | December 5, 2018 | December 5, 2018 |
| Dispositive motion filing deadline | October 15, 2018 | January 23, 2019 |
| Settlement conference | N/A | February 7, 2019 at 1:00 PM in Courtroom 10 (EPG) before Magistrate Judge Erica G. Grosjean |
| Dispositive motion hearing deadline | December 14, 2018 | March 6, 2019 |
| Pretrial Conference | February 1, 2019 | May 1, 2019 at 2:30 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto |
| Jury Trial | March 26, 2019 | June 25, 2019 at 8:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto |

Additionally, in view of the above-modifications to the case schedule and as discussed with the parties, the Court VACATES the hearing on Defendants' Motion for Summary Judgment currently set for December 5, 2018, without prejudice to Defendant's ability to renew its motion.

IT IS SO ORDERED.

Dated: __**October 19, 2018**__                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE