# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAL JONES, et al., | Case No. 1:17-cv-01260-SKO |
| Plaintiffs, | |
| v. | **ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |
| COUNTY OF TULARE, CALIFORNIA, et al., | |
| Defendants. | |

On March 6, 2019, the Court issued an order deferring ruling on Defendants' "Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment" (the "Motion") (Doc. 16) and staying the case pending resolution of the case *Dilday et al. v. Jones et al.*, Case No. F077682, on appeal before the California Fifth District Court of Appeal (the "State Court Appeal Action"). (Doc. 30.) On April 26, 2022, Plaintiff filed a notice that a remittitur had been issued in the State Court Appeal Action. (Doc. 44.) On April 28, 2022, the parties filed a joint status report as required by the Court's January 21, 2022 minute order. (Doc. 45.)

Having reviewed the parties' joint status report, the Court hereby ORDERS as follows:

1. In view of the resolution of the State Court Appeal Action, the stay in this matter is LIFTED; and

2. The parties are directed to submit briefing on the effect of the ruling in the State

Court Appeal Action on Defendants' Motion.  Plaintiffs and Defendants shall each file opening briefs by no later than **May 27, 2022**, responsive briefs by no later than **June 10, 2022**, and reply briefs by no later than **June 17, 2022**.  The Court may set a hearing, if it deems appropriate, once the briefing is completed.  Otherwise, the briefing will be deemed submitted as of that date.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE