**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MIKAL JONES and ANGELA ANDERSON<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE AND MICHAEL TORRES, INDIVIDUALLY,<br><br>Defendants. | **Case Number: 1:17-cv-1260-SKO**<br><br>**ORDER ON STIPULATION AND JOINT REQUEST TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>**(Doc. 63)** |

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 63), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED that the case schedule is MODIFIED as follows:

| *Case Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Joint Pretrial Report | October 4, 2023 | **November 29, 2023** |
| Pretrial Conference | October 11, 2023 | **December 6, 2023, at 3:00 p.m.** |
| Jury Trial | December 11, 2023 | **January 30, 2024, at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:   **October 2, 2023**                 */s/ Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

County Counsel
Tulare County
Visalia, California