# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAL JONES and ANGELA ANDERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF TULARE, CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:17-cv-01260-SKO<br><br>**ORDER ON DEFENDANTS' MOTIONS IN LIMINE**<br><br>**(Doc. 78)** |

On May 29, 2024, the Court held a hearing via the Zoom application regarding Defendants County of Tulare and Tulare County Deputy Sheriff Michael Torres (collectively, "Defendants")'s motions in limine ("MILs"). (Doc. 78.) William Romaine, Esq., and Zishan Lokhandwala, Esq., appeared on behalf of Plaintiffs Mikal Jones and Angela Anderson, and Amy Myers, Esq., and Andrew Haller, Esq., appeared on behalf of Defendants.

For the reasons set forth on the record at the hearing, the rulings on Defendants' MILs are as follows:

(1) The Court DENIES MIL #1. (Doc. 78 at 5–8.)

(2) The Court GRANTS IN PART MIL #2 (Doc. 78 at 8–11), insofar as Defendants request the exclusion of Plaintiffs' witnesses Jasmine Sidhu, MD, Ryan Milan, Rhett Mason, and Mike Hunsacker—who were disclosed for the first time in the parties'

|     |     |     |
| --- | --- | --- |
| 1   |     | joint pretrial statement—to the extent those witnesses will be used for a purpose other |
| 2   |     | than impeachment.  The Court DENIES the remainder of Defendants' MIL # 2. |
| 3   | (3) | The Court DEFERS ruling on MIL #3 (Doc. 78 at 11–12) until trial. |
| 4   | (4) | The Court GRANTS IN PART MIL #4 (Doc. 78 at 12–16), insofar as Defendants request the exclusion of expert testimony by a lay witness.  The Court DENIES the remainder of MIL # 4. |
| 7   | (5) | The Court GRANTS IN PART MIL #5 (Doc. 78 at 16–19), insofar as Defendants request the exclusion of expert testimony by a lay witness and the exclusion of testimony as to legal conclusions.  The Court DEFERS ruling on MIL #5 until trial, insofar as Defendants request the exclusion of "speculative" testimony.  The Court DENIES the remainder of MIL #5. |

IT IS SO ORDERED.

Dated:   **May 31, 2024**                               /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

2